# Court of Appeals
# of the State of Georgia

ATLANTA, June 12, 2025

*The Court of Appeals hereby passes the following order*

**A25D0426. MYRON JAMAREZ LEE v. THE STATE.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

16R099



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, June 12, 2025.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Christina Cooley Smith*, *Clerk.*